## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ANAEL RAMIREZ MARTINEZ, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>COSMO CAFE, INC.<br><br>    Defendant. | Case No. 16-cv-01337-ESH |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action against Defendant *with prejudice*, each party to bear its own costs.

Date: December 14, 2016               Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*

/s/Alan Lescht
Alan Lescht, #441691
ALAN LESCHT & ASSOCIATES, P.C.
1050 17th Street NW, Suite 400
Washington, DC 20036
Phone: (202) 463-6036
Fax: (202) 463-6067
alan.lescht@leschtlaw.com

/s/Rani Rolston
Rani Rolston, #974052
ALAN LESCHT & ASSOCIATES, P.C.
1050 17th Street NW, Suite 400
Washington, DC 20036
Phone: (202) 463-6036
Fax: (202) 463-6067
rani.rolston@leschtlaw.com

*Counsel for Defendant*
